Lawrence G. **QUINN,** Appellant,

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE,** Appellee.

Supreme Court of Pennsylvania.

May 24, 2006.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of May, 2006, it is hereby ordered that the Order of the Commonwealth Court is affirmed.